Sanjay Singh
3700 NW 109th Ave, Coral Springs FL-33065
Phone -  510-342-6770
Email  -  sjaysingh@gmail.com.

**In the United States District Court**

SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| **SANJAY SINGH** | ) |
| _Plaintiff;_ | ) |
| | ) |
| V. | ) |
| | ) |
| 1.   **Swift Air, LLC  Et. All...** | ) |
| OPERATIONS HEADQUARTERS: | ) |
| 202 Centreport Dr, Suite 400 | ) |
| Greensboro, NC 27409 | ) |
| | ) |
| | ) |
| 2.   **Capt. Wayne ~~Mayers~~** MOYERS | ) |
| OPERATIONS HEADQUARTERS: | ) |
| 202 Centreport Dr, Suite 400 | ) |
| Greensboro, NC 27409 | ) |
| | ) |
| | ) |
| 3    **Capt. James T ~~Mayers~~** MYERS | ) |
| OPERATIONS HEADQUARTERS: | ) |
| 202 Centreport Dr, Suite 400 | ) |
| Greensboro, NC 27409 | ) |
| | ) |
| | ) |
| _Defendants;_ | ) |
| | ) |

CASE NUM

Pending:_ _ _ _ _ _ _ _ _ _ _

Demand Jury Trail

### Introduction

On or around April 14, 2019,  and April 16, 2019, Plaintiff operated Flight as a Pilot and required Crew-member under §14 c.f.r 121[1] from MIAMI to CARACAS to **Miami** and MIAMI to HA-VANA to **Miami**  as a *Second In Command*[2] administering duties under §14 c.f.r 121.544[3]. Two subsequent **Flight Safety Violation Report** was filed by the Plaintiff  alleging violation by the **Pilot in Command** of the two flights. Based on the filed report, Plaintiff was terminated by the *Defendants No.1* on a tele-conference [Attendees as announced; **Chief Pilot** , **Human Resources**, **Unknown**]. Plaintiff was terminated citing reason for  **INSUBORDINATION** and *Jeopardizing the Defendants No.1 Certification issued by* FAA *(Federal Aviation Administration) and* DOT *(*Department of Transportation*).*

### Cause of Action

1.   This action is brought; under **extraordinary circumstances**; pursuant Title VII of the Civil Rights Act of 1964 ; 42 U.S. Code §2000e–2. Unlawful employment practices, and § 2000e–3. Other unlawful employment practices leading to the termination of employment for the plaintiff.

---

[1] *§121.1  Applicability.This part prescribes rules governing—(a) The domestic, flag, and supplemental operations of each person who holds or is required to hold an Air Carrier Certificate or Operating Certificate under part 119 of this chapter.*

[2] §14 c.f.r 1.1 *Second in command* means a pilot who is designated to be second in command  of an aircraft during flight time.

[3] §121.544  Pilot monitoring: Each pilot who is seated at the pilot controls of the aircraft, while not flying the aircraft, must accomplish pilot monitoring duties as appropriate in accordance with the certificate holder's procedures contained in the manual required by §121.133 of this part. Compliance with this section is required no later than March 12, 2019. [Doc. No. FAA-2008-0677, 78 FR 67841, Nov. 12, 2013]

2.   This action is brought UNDER violation of Plaintiffs Constitution rights guaranteed under 5th & 14th amendments; <u>violating due process entitled under implied contract law</u>. *This action is brought **under extra ordinary circumstances**, Where; the plaintiff in entitled due process under 5th and 14th Amendment because An Individual is an advocate of an Administrative body (FAA) while Employed with the [Defendant 1] and the [Defendant 1] is an Airline operator under direct supervision on the Administrative body FAA (Federal Aviation Administration).*

3.   Defendant 1, 2 & 3 are in violation of §14 c.f.r 91.13 Careless or reckless operation endangering public and plaintiffs safety, with intent to cause harm, harassment or personal injury to the plaintiff. See...*Leaschauer v. Fed. Aviation Admin.*, No. 14-71167 (9th Cir. Jun. 23, 2016)

4.   Defendant 2  and 3 are in violation of §14 c.f.r 121.385   Composition of flight crew, endangering safety of flight operation, with intent to cause harm, harassment or personal injury to the plaintiff.

5.   Defendant 2   and 3 are in violation of §14 c.f.r 121.394    Flight attendant requirements during passenger boarding and deplaning; endangering safety of flight, with intent to cause harm, harassment or personal injury to the plaintiff.

6.   Defendant 2  and 3 are in violation are in violation of §14 c.f.r 121.580   Prohibition on interference with crew-members; with intent to cause harm, harassment or personal injury to the plaintiff

7.   Defendant 1, 2 & 3 are in violation of §14 c.f.r 121.537 Responsibility for operational control: Supplemental operations; with intent to cause harm, harassment or personal injury to the plaintiff

8.   Defendant 1, 2 & 3 are in violation of "Gross Negligence of flight safety standards" set forth by Federal Aviation Act, <u>49 U.S.C. § 40101</u>. *And 14 c.f.r  part §61, §91, §121* ("FAA"); endangering safety of flight, with intent to cause harm, harassment or personal injury to the plaintiff. See...*In re Air Crash at Lexington, Kentucky*, CIVIL ACTION (MASTER FILE) NO. 5:06-CV-316-KSF (E.D. Ky. Jun. 6, 2008)

### Jurisdiction & Venue

9.     The Jurisdiction is appropriate under 28 USC §1331; and this Court has federal question pursuant to 28 USC §1331.

10.   The Defendant 1 is authorized to do Bussiness in State of Florida and other  2 & 3 were employed by the Defendant 1 at the time dispute in question.

11.   This action is brought *under extraordinary circumstances*, arising federal question on *extra ordinary merits of federal questions*, therefore, Jurisdiction is appropriate.

12.   The Damages claimed is more than $75000 for each defendant, arising federal question.

### Facts

13.   Petitioner, Sanjay Singh is an Airline Pilot Certified under 14 CFR §61.167 with extensive experience to operate  Airplanes such as Boeing 747, Boeing 737, Airbus A320 …, Etc.

14.   Petitioner, Sanjay Singh was hired by the Defendant No.1 for the position of First Officer in a Boeing 737 Aircraft on February 4th, 2019.

15.   Petitioner received all approved training to function as a first officer or Second in Command in the Aircraft operated by Defendant No.1 under the approval of FAA[4].

16.   Petitioner excelled in all training program approved by the FAA for the Defendant No.1 and was released for line operation on or around 04/04/2019.

17.   Petitioner Operated first flight on 04/06/2019 after completion of training and thereafter flew with Captain's representing Defendant No.1 as a Pilot In command; While the petitioner exercised the Privileges of Second in Command pursuant 14 CFR §121.434 - Operating experience, operating cycles, and consolidation of knowledge and skills.

18.   Petitioner was paired with Defendant No.2 to Fly   Flight Number SQW 1997 and 1996 on April 14th , 2019 from Miami to Caracas and back to Miami.

---

[4] FAA - Federal Aviation Administration

19.  It is alleged that,  the Defendant No.2 while acting as Pilot in Command[5] pursuant 14 c.f.r 1.1 endangered public safety by operating Aircraft assigned by Defendant No.1 in a gross negligent manner.

20.  It is alleged that, the Defendant No.2 while acting as Pilot in Command pursuant 14 c.f.r 1.1, interfered with plaintiffs crew member duties by disrupting a common culture of *Crew Resource Management in practice under the standard operating procedure of the Airline* and in Violation of §14 c.f.r 121.580.

21.  It is alleged that, the Defendant No.2 while acting as Pilot in Command pursuant 14 c.f.r 1.1, violated in gross negligence §14 c.f.r 121.385 by altering and prohibiting functions of crew member duties.

22.  It is alleged that, the Defendant No.2 while acting as Pilot in Command pursuant 14 c.f.r 1.1, Violated safety culture of the Airline operation with the deliberate intention of careless and reckless operation and with the deliberate intention of gross negligence.

23.  It is alleged that, the Defendant No.2 while acting as Pilot in Command pursuant 14 c.f.r 1.1; The Plaintiff advised the Defendant No.2  of safety lapses and submitted verbal cautionary information while acting as Second in Command[6] pursuant §14 c.f.r 1.1 and assigned on duties pursuant §14 c.f.r 121.544 and in accordance with Airline Standard operating Procedures and General operating procedure; the Defendant No.2 disregarded and ridiculed the Plaintiff; while, the said defendant continued with safety lapses with gross negligence.

24.  It is alleged that; the Defendant No.2 while acting as Pilot in Command pursuant 14 c.f.r 1.1 deliberately ***harassed*** the Plaintiff at work and caused severe personal injury to the Plaintiff including termination from employment by the false supposition of his authority and duties.

---

[5] Pilot in command means the person who:

(1) Has final authority and responsibility for the operation and safety of the flight;

(2) Has been designated as pilot in command before or during the flight; and

(3) Holds the appropriate category, class, and type rating, if appropriate, for the conduct of the flight.

[6] Second in command means a pilot who is designated to be second in command of an aircraft during flight time.

25.  It is alleged that; the Defendant No.2 while acting as Pilot in Command pursuant 14 c.f.r 1.1, after completion of the flight back to Miami, Defendant No.2 threatened the Plaintiff that a complaint will be filed with the Airline management, alleging bad attitude of the plaintiff.

26.  It is a fact that the Plaintiff filed a voluntary disclosure of the safety lapses by the pilot in command as Defendant No.2 into two part A) *Preliminary Report* and B) *Final Report*; attached with the complaint as *Exhibit A.  Page 1-5*.

27.  It is alleged that the Defendant No.2 has history of safety lapses in violation of Airline safety culture and the said defendant has a history of substandard skills and knowledge in his training AND operational events in the Airline.

28.  It is fact that, on or around April 16th, 2019; Defendant No.3 and the plaintiff were paired together to operate flight number SQW 702/701.

29.  It is alleged that the;  Defendant No.3  with  and pre-meditation degraded the safety of the flight while acting as the Pilot in Command for the flight SQW 702/701.

30.  It is alleged that the; defendant no.3 interfered int he duties of the plaintiff pursuant 14 c.f.r §121.544.

31.  It is alleged that the; defendant no.3 with intention and designedly threatened the plaintiff ; that the defendant no.3 is assigned by the management to evaluate my fitness for the job.

32.  It is alleged that the; defendant no.3 through the flight SQW 702/701 violated safety protocol and subsequently threatened the plaintiff not to file any safety violation.

33.  It is alleged that the; defendant no.3 with intention removed a Flight Attendant from assigned position while in flight to come and sit in the cockpit in order to become a witness of the flight even though the plaintiff objected.

34.  It is alleged that the; defendant no.3 with intention violated many safety rules and regulation outside the scope of General operating principles and guidelines.

35.  It is alleged that the; defendant no.3 deliberately and designedly orchestrated such circumstances in order to design the plaintiff's termination.

36.  It is alleged that the; defendant no.3 compelled and threatened the plaintiff; that if the plaintiff files any safety report the plaintiff will be fired because the defendant no.3 is representative of the management.

37.  It is alleged that the; defendant no.3 after the completion of the flight in the witness of other airline representative [The Captain was shouting at the Gate Ramp of deplaning, Quote"I hope you get Fired and I hope not to see you again" Unquote]

38.  It is fact that a flight safety violation report was immediately filed by the plaintiff as preliminary filling Preliminary Air Safety Violation Report  requesting download of CVR (Cockpit Voice Recorder) & DFDR (Digital Flight Data Recorder)

39.  It is fact; on or around April 17th, 2019 A) *Preliminary Report* and B) *Final Report*; attached with the complaint as *Exhibit B.  Page 1-7.*

40.  It is fact that the; Defendant No.1 terminated the Plaintiff  on or around April 19th, 2019.

41.  It is alleged that the Defendant No.1, No.2 and No. 3 are liable for the Plaintiffs termination.

42.  It is alleged that the; defendant no.1 has significant history of "Gross Negligence of flight safety standards".


## **Relief and Damages**

43.   The plaintiff is seeking Reinstatement of his position from Defendant No.1

44.   The plaintiff is seeking compensatory back pay and loss of employment due to gross negligence and unfair employment practices of the Defendant no.1 for 5 million dollars not including general and punitive damages.

45.   The plaintiff is seeking general damages from Defendant no.2 for 75000.

46.   The plaintiff is seeking general damages from Defendant no.3 for 75000.

47.  The plaintiff is seeking Court Fee and legal fee at $450/Hr. for a court adjudicated reasonable time period and imposed in parts to each defendant.

Sanjay Singh, In Pro-Se,

3700 NW 109th AVE

Coral Springs

Fl-33065

Phone -  510-342-6770

Email  - sjaysingh@gmail.com.

**SANJAY SINGH**

737 FIRST OFFICER EMP-5364

3700 NW 109TH AVE

CORAL SPRINGS, FL-33065.

510-342-6770

Wednesday, April 17, 2019

To,

Director of Flight Safety,

Cc: Chief Pilot

Cc: Director of Operation

Cc: Chief Operating Officer

**FINAL REPORT SWQ 1997 & 1996**

**SQW1997**

**PF: Myers PM: SINGH**

On April 14th, 2019 Capt. Wayne Myers and I were paired for a flight for SQW 1997 & SQW 1996. I Showed up on time at the airport around 6:45 AM to complete security screening to arrive at the gate on time. We were completed all preflight procedures around 8 a.m. After completion of all preflight procedure, while the boarding was in progress, I approached the Captain for permission to go get a Coffee from the Starbucks just outside of our departure Gate. The Captain orally showed some incoherent dissatisfaction but approved my leave and cautioned to return to the duty station immediately. While I was standing in the line at the Starbucks coffee shop, The Captain sent a gate agent with a message to return to the Airplane ASAP. I returned to the duty station on or around 8:20.

We initiated our pushback clearance on or around 8:25 with ATC clearance, When the Captain attempted to establish pushback procedure, There was a sudden opening of Captain

Side window, I heard him Shouting towards the gate; I need someone who can speak English, Fucking Swift Air Hires all the minimum wage employee to save money; I don't mind people having job but if you cant speak English you shouldn't. Swift Air is just trying to save money. He Quoted " *One Day I said the wheel is on fire and the fucking guy replied,* OK" Unquote. While the ground crew were looking for a Push Back Co-ordinator who speaks clear english, I told the Captain Quote" You can Use Hand Signal per GOM" he didn't reply and held back with significant facial demonstration of frustration. While he window was open, He made a comment on a Female Gate agent - "How Much Love is in that body" which I found a very derogatory remark even though, I don't believe the gate agent heard her comment.   At Last during pushback, the captain asked, How long you have been here? I replied to him that just few days. Ref: Aircraft PUSH/TOWING PROCEDURES [**GOM 7.6 A GSM 5.5 COM 7.4**]

We taxied out with Clarence and took off without any further remarks or comments to my best of recollection.

While en-route, With A demand from Captain made on the Ground to a FA; We received a FA Call. While I was administering F/O duties, The Captain asked me to answer the Call and directed me to say - ASK HER TO REMOVE THE MEAT FROM THE OMELETTE - I found that delegation of function was inappropriate while I was engaged in FO duties.

During the Cruise Phase, The Captain Interrogated if I have been to SVMI before, I answered to him, No it's my first time. While, I was having some trouble with ATC communication the Captain infiltrated the duties without transfer of control.   He kept interrupting the ATC transmission while I was having initial difficulty in communication and understanding the ATC in foreign country. On one occasion, While I was attempting to talk to ATC the captain stated talking over the ATC in the cockpit and I requested the Captain that, Please don't talk over the ATC - I am having hard time understanding them and if you start

talking over then I cant do my Job. I think the Captain took my comments in offense and said - Who did your IOE - "I Told him you can ask the Chief Pilot" - The Captain Quoted "THE GUY WHO DID YOUR IOE SHOULD HAVE DONE HIS JOB - THIS SHOULD HAVE BEEN COVERED IN YOUR IOE" Unquote.

Here-on After; if I attempted to say anything the Captain Yelled - "Do me a FAVOR - Shut-up - ZIP IT". I told the Captain; I hope you realize that this airplane is not just "Captain Certified" This airplane as per AFM requires two pilot to fly. Captain Yelled - "Do me a FAVOR - Shut-up - ZIP IT"

The remainder of the flight was fairly quiet as I remained focus on not to ask or recommend the Captain any thing pertinent.

Approaching TOD, the captain briefed ILS RWY 10 backed up with visual approach. I asked the Captain if he wants to set ILS minimum, He abruptly repeated Yes - ITS visual approach. No such procedure is approved for Swift Air ILS APPROACH COUPLED WITH VISUAL APPROACH. Ref: OPS SPECS [C]
While on Approach I made all calls required as per FCOM 1 and GOM And Training Recommendation; The Captain just whistled along the complete approach until landing.

We taxied to the Gate without any further conversation to best of my recollection.

## <u>SQW1997</u>
### PF: MYERS PM: SINGH

We Completed our Pre-flight preparation while getting ready for departure; The Captain initiated his Briefing for departure. The Captains Briefing was *Standard Calls and Procedures; Emergency Briefing was; IF we Loose an Engine We will continue straight ahead since its clear and there is ocean ahead of us and Ended With - Do you have any Questions, Comments and recommendation.*

**I replied to the Captain YES: ON 2 Things;**

1. If abort is required are you still going to interfere with the radio or are you going to focus on stoping the Airplane. [ Captain Said - I am the Captain I will do anything necessary, Don't tell me what to do ],

2. Why are you saying; Engine Failure you will continue straight Ahead; Our EFP (Engine Failure Procedure) - is 2.5M MIQ LT 080; The Captain Replied because its VFR and there is no obstacle. [The Captain has no understating of Transport Category EFP. Any published Procedure for EFP doesn't make an exception of VFR and IFR]

The Captain Yelled ; "Do me a favor, Shut Up and Zip It"

We continued the pushback and taxi procedure for departure.

On Departure Captain and being Airborne at 1000' The Captain repeatedly requested Climb thrust, Flaps Up Maneuvering speed;  the Captain didn't realize that the LNAV and VNAV is already Armed and VNAV has already sequined the Flaps Up maneuvering speed with window closed. However, He kept on Shouting - Climb thrust, Flaps Up Maneuvering speed.

Reaching Flaps up retraction speed, We got a ATC call to Climb and Maintain FL160; While I was setting is MCP the Captain Started yelling; Flaps Up ; Flaps Up; Flaps Up. After setting his MCP to FL160 I positioned the Flaps to retraction towards Zero. After So much Yelling from the Captain; I told the Captain; I don't think you know how to retract Flaps; Retraction of Flaps requires monitoring hence if you fly 5 sec more it's completely acceptable. REF: FCOM NORMAL PROCEDURE 3-62 *States; SET FLAPS LEVER. AS DIRECTED; MONITOR FLAPS AND SLATS RETRACTION.*

The Captain took over the control of radio and responsibility of flying all the way to Miami and kept on whistling all the way. He remained uncharge of Radio and Flying all the way to Miami until 13000 FT.

The Captain did the briefing of approach ILS 09; and Never responded any callout published as per FCOM 1. We landed safely and parked at the Gate F-3. After the deplaning initiated, I completed the shutdown Checklist and asked the Captain that I have to go; Can you finish the securing checklist. The Captain said the SOP is until last passenger is offloaded we can't leave the station. I remained on board but the Captain got stuck in his statement because there were 10 plus wheel Chairs passengers; who were delaying the deplaning. However after he was getting delayed Captain Said GIVE ME SECURING CHECKLIST - I READ HIM THE SECURING CHECKLIST. After his permission I was released and left the duty station.

Undersigned.

*SANJAY SANGH*

SANJAY SINGH

**SANJAY SINGH**

737 FIRST OFFICER EMP-5364

3700 NW 109TH AVE

CORAL SPRINGS, FL-33065.

510-342-6770


Wednesday, April 17, 2019


To,


Director of Flight Safety,

Cc: Chief Pilot

Cc: Director of Operation

Cc: Chief Operating Officer


## FINAL REPORT SWQ 701 & 702

### <u>SQW701</u>


On April 16th, 2019 Capt. James T. Myers and I were paired for a flight for SQW 701 & SQW 702. I Showed up on time at the airport around 4:45 AM to complete security screening to arrive at the gate. However, after completing my security screening I was guided by the screen display flight information at F-18. I didn't see any commercial & Ground crew activity at F-18, Following I called the crew scheduling and they guided me to gate F-3 for departure. A Screen Shot of the Gate display in attached as an Appendix-A. I arrived at the F-3 and joined the crew at gate F-3 around 5:20 AM [L]. Since I was running little behind in time, I meet the lead cabin crew and went to the cockpit and greeted the captain. The Captain interrogated about my late show on the airplane, I explained to him the reason and I believe he accepted my explanation.

On Initiating my Preliminary Pre-Flight Procedure, the captain interrupted and said its all done since you were running late. I still continued my procedure and noticed that overhead Pressurization Panel was not set for Arrival Landing elevation. I continued my procedure

leading to the CDU Preflight. I asked the Captain that, on Take - Off Reference page, if he would like to amend his entries on page 2/2 as per FCOM CDU Preflight Procedure [Page 3-11]. He abruptly Voiced "I don't understand what are you  talking about". I attempted to make him understand, However, The Captain Voiced "I don't know what that is, I never use it; So we will leave it as it is". We continued our procedure to push back and start.

During Push Back, And Pull Front procedure the Captain Requested, Normal Engine Start procedure by announcing Start2 - The captain was non-complaint with FCOM Normal Procedure (M) Bullet point number 2. [Significant Safety Violation]

After completion of Push Back from gate F-3, pull front and completion of Before Taxi Procedure, I acquired ATC clearance, The clearance was "TAXI SPOT 17 VIA TAXIWAY P to RUNWAY 08R". The Captain started TAXI towards SPOT 18, I inquired with the Captain, SPOT 17 is our clearance, The Captain said - It's OK. The Captain Continued to TAXI passing the centerline of Taxi Way P toward Q, I looked at the Captain and I believe the captain realized and made a significant reckless turn on the tiller to manoeuvre the airplane towards the centerline of Taxi Way P. [Significant LAPSE OF CRM from the Captain]

I stayed calm and quiet and I continued monitoring the Captain's demeanour if he is going to continue such lapses. I made a determination that the Captain was Complaint and we continued toward our Departure Runways 08R. Swift Air Flight 501 Departed behind 701 following similar routing.


NO NOTICEABLE FLIGHT OR CRM EVENT FROM DEPARTURE TO CRUISE.


Upon reaching Cruise Altitude, The Captain Cruised the Airplane at 280 K; I suggested the Captain that A company traffic is on similar routing and if he will consider accelerating, The Captain Denied and Said in a RUDE TONE "NO, I WILL STAY at 280". I ended my suggestion by saying OK. 30 sec Later Miami Center call us and ask if we can maintain 310K and higher. The Captain took over the ATC [without transfer of control, Violation GOM - Policy and

Procedures E Page 50] and advised that due to turbulence he is not able to accelerate, but offered a lower altitude. Miami Center asked flight 502 to slow down 280K and less.

The Captain opened a conversation, Stating - "I don't understand why people in Miami are always in a Hurry". I thought that was a question to me, So I answered: "I don't think so people in Miami are as in hurry as everywhere else". The Captain Said that - Swift Air has filled the Speed at 280K and the guys behind us (502) are wrong for acceleration. I corrected the Captain, by stating The filed speed is not 280K its TAS which in equivalent come to 414K. The Captain said "I AM 100% RIGHT" - I told the CAPTAIN, You did a good Job; Made a decision and you have stuck to it, ATC has accepted so there is no problem, but you being 100% right is debatable. I believe the captain took the whole conversation in offense and since then the degradation of CRM continued.

The Captain Moved on to the next topic of conversation, In the perusal of my experience - Where you from, Experience and Last Airline? I told the Captain that on the ground I gave you little information because I don't like to discuss my resume every day at 6 A.M following I told him the total experience. The Captain said "You could have told me that instead of "BEING AN ASSHOLE". I don't believe I was being an asshole, I just gave him limited experience on the ground because I was running late as disclosed in the first part of this event report. But since that captain called me an asshole I was shocked that in mid-flight he is name calling to his co-worker without even knowing or learning any explanation.

We continued for descent & approach, The Captain Briefed ILS RWY 06 backed by Visual Approach. Pursuant, SWIFT AIR GOM or FCOM 1; there is no such approval in accordance with the OPERATION SPECIFICATION as AN approach - ILS BACKED BY VISUAL APPROACH. However, I remained silent because under visual condition its non-normal practice by a flight crew to use such procedure who are not familiar with OPS SPEC approved for the airline. Even if a flight crew uses such unauthorized procedure it common to fly visual approach pursuant B737 QRH MANEUVERS F PAGE MAN-19, GOM 5-11, OPS SPEC: C077.

As we initiated descent, HAVANA CENTER called if we can accept RNP procedures, The captain suggested YES backed up by Visual, I immediately replied HAVANA CENTER, WE have No approval for RNP. I believe the captain took an offence and further degraded the CRM environment.

From cruise to Descent the captain may have used 50 times, Stop talking; in an attempt to bully my position in the cockpit with his Captain Authority. He also repeated many times that HE IS THE CAPTAIN.

During Descent and Approach, The Captain remained silent throughout the approach until landing, The Captain did not respond to any call on the approach I made as per training standards and FCOM procedures. We landed without any event, After coming to taxi speed I told the Captain "YOU HAVE MEET ALL CRITERIA OF AN INCAPACITATED CAPTAIN ON THE APPROACH" The Captain became furious and said You know why I am flying with you, I am here to evaluate you if you going to keep the job or not. The Captain also said that he knows about the email I wrote to the management of a separate event. As the Captain put me under duress with a possibility of losing job, I answered to him - "YOU CANT TAXI, YOU CANT FOLLOW INSTRUCTION, YOU ARE NOT FAMILIAR WITH PROCEDURES, IF An INCOMPETENT CAPTAIN LIKE YOU WILL DECIDE IF I HOLD MY JOB OR NOT IT'S IN MY BEST INTEREST NOT TO KEEP THE JOB, AT LEAST I WILL BE SAFER - And You just made the Company Loose $5000 for impeding two flights".I asked the Captain that he should or let me make an entry in the log book to download DVDR and CVR for the Flight. The Captain Denied and recommended to speak to the Chief Pilot or Management. While I was drafting an email for the request to download the DFDR and CVR the Captain counselled me in front of a witness from an engineering team travelling with us; suggesting that I should not send such request to the management because I am already in trouble and I will dig a bigger hole for my self. This time I denied his recommendation.

We Parked at the STAND and continued deliberation of the flight while he blocked my exit from the cockpit I Was extremely annoyed by his behavior and ended up saying - "What A

Stupid Punk YOU Are" A flight attendant heard my statement and they were concerned with the safety of flight at this point. But the Captain Assured them that safety of the Flight is not in Question and they can feel comfortable returning to Miami. I have personally approached the Flight Attendant and apologized for my words for the captain which might have concerned them.

The Captain went to the other flight landed after us of Swift Air 501 and returned to the flight deck after at least 10 minutes.


**SQW702**

Flight 702 initiated with the Captains Crew Briefing, Using A flight attendant as a witness he briefed that we will fly to MIAMI in accordance with the Procedures published for Swift Air. I gladly agreed and we continued the flight. The Captain Immediately damaged the CRM environment of the Flight deck, Every time I repeated a Communication to the ATC or requested a confirmation, He said - "I just Love it" stating that he is right. On ATC clearance to MIA, I wrote the first clearance fix as 8 Miles and Captain Corrected to 18 miles. I quickly confirmed with the clearance and Sure enough I was wrong in writing the clearance.

Continuing with the flight from push back to take off, the Captain even made some innocuous jokes pertaining to the environment of our flight deck, Stating - "I am trying not to lose it".

We were airborne and passing through 8000, I was PM  referring to an essential FCOM 1 Procedure. The Captain interrupted and said - Below 10000' You are not supposed to do non-essential duties. The Captain Said Put down your I-pad. In Spirit, he was right, What; Captain is not familiar with is, that, The iPad issued by the company is Approved Device of the Airplane. Any reference to the material necessary to fly an Airplane is an essential duty. I told the Captain the very same thing. The Captain Went on researching his iPad to prove me wrong, He could come back with any information contrary to my point. He remained quiet and upset. While the

Exhibit B Page 6

Captain was referring his IPAD without transfer of control the Airplane for a moment attempted to level off at a wrong altitude but the captain corrected immediately.

While cruising towards MIA, on one occasion a change to the CDU was needed, While I was on the Radio the Captain commanded me to make changes in the CDU to demonstrate his captain's ego. He said it's your duty to change CDU, I told the captain you are partly wrong again, Above 10000' PF does the amendment to CDU, However, Since you have asked me to do it and you seem to be busy arguing I will do it. The Captain Became furious and upset from my observation on his demeanour.

While approaching our TOD, In an attempt to ask an operational question, The Captain became furious and called the Flight Attendant from her duty position to sit to be a witness in the cockpit until landing unto reaching to the Gate.

While defending, The Captain demonstrated extreme anger; On Occasion, I mentioned that his heading bug is of the course, The Captain took the heading bug and moved it some more of course with extreme anger.

While approach, ATC asked us to maintain high speed on approach, The Captain did but this time departed from the published practice of Flap Extension, The flap extension was initiated at or around 250K MEMO issue by ALEX PINTADO. see. Appendix B. After Landing I told the Captain you don't follow procedure. Being unfamiliar from the procedure the Captain acted, He pointed at the Placard speed on the FLAPS and Laughed.

We arrived at the gate, Once Again Captain Blocked the Exit from the Cockpit and dropped his heavy bag on the company IPAD in an attempt to destroy company property. All this was witnessed by the Maintenance personnel who came in the cockpit to convey the Chief Pilot's message. The Maintenance personal was witness to the Captains behaviour, He repeated around 20 times "SHUT UP SHUT UP".  HE ALSO STATED AFTER YOU GET FIRED I HOPE NOT TO SEE YOU AGAIN.

**Summary**

Exhibit B Page 7

In my opinion, It is indisputable that the Captain arrived in the Flight with the intention to thwart the CRM system in violation of the GOM procedure. The Captain with deliberate intention jeopardized approx. 300 people and the Airlines safety culture at risk. The Captain Must be directed to understand CRM philosophy and understand the function of the First Officer. It is my opinion, that the Captain Lied about his representation on behalf of the Management to evaluate my fitness of employment. I believe that the Captain used such tactics to bully my position in the cockpit and gain supremacy. I believe the Captains behavior were incoherent in front of people who witnessed the event directly, Example Security Personal, maintenance Persone upon arriving in Miami. The Captain was shouting at the Gate Ramp of deplaning, Quote"I hope you get Fired and I hope not to see you again" Unquote. Although the Flight Attendant supported his theory presented about the cockpit scenario, I believe that he pursued their support based on personal relationship and not professional relationship.

I have no hard feeling for anyone from the Crew, Either the Captain or any of the Flight Attendants. However, One FA crew member supported him and relived her safety position and occupied a seat in the cockpit until landing and parking to the Gate.

The Flight Attendants were professional and concerned, The Captain pursued them in violation of 14 CFR and 49 U.S.C : Designedly jeopardizing flight safety.

Undersigned:

SANJAY SINGH